Ashley C. Grimes
Of Counsel for
Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
Firm Phone: (212)796-6053
Attorney Phone: (602) 828-4096
State Bar No.: 031013
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JESSICA ASHLEY AND JAKE STIMSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>    Defendant | Case no: 2:14-CV-01019-SRB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

  Plaintiff Jessica Ashley hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated:  December 11, 2014

                                              Respectfully submitted,

                                              By:  /s/Ashley Grimes

                                                 Attorney for Plaintiffs
                                                 Of Counsel for
                                                 Fredrick Schulman & Associates
                                                 30 East 29TH Street
                                                 New York, New York 10016
                                                 Telephone (212) 796-6053
                                                 Fax (212) 951-7379
                                                 Email: info@fschulmanlaw.com