# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ashley, | No. CV-14-01019-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| IQ Data International Incorporated, | |
| Defendant. | |

Plaintiff having filed a Notice of Settlement [Doc. 22];

IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the pretrial deadlines; the pretrial conference and the trial date.

Dated this 16th day of December, 2014.

_____
Susan R. Bolton
United States District Judge